# EXHIBIT B

**From:** Eyetsemitan Francisca N Francisca.N.Eyetsemitan@irs.gov
**Subject:** RE: [EXT] Re: 2025-13088_Acknowledgement Letter
**Date:** May 14, 2025 at 8:44 AM
**To:** Elizabeth Haddix elizabeth.haddix@americanoversight.org
**Cc:** Emma Lewis emma.lewis@americanoversight.org, FOIA foia@americanoversight.org



EXTERNAL SENDER

Dear Elizabeth.

I am sorry that you misunderstand the language " … records from other locations."

The usual practice is that the Disclosure Office procures the requested records (from the custodian of records in other locations/business units of the agency). We did initiate searches (and we continued to process) all portions of your request.

We will now process your rescoped request for only:

Items 1, from April 14, 2025, to April 17, 2025, the date of receipt of your request.
Items 2 and 5, from March 10, 2025, to April 17, 2025, the date of receipt of your request.

Thank you.


F. Eyetsemitan
Tax Law Specialist
Disclosure Office 13
Privacy Government Liaison and Disclosure;
Telephone : 617-316-2271.

---

**From:** Elizabeth Haddix <elizabeth.haddix@americanoversight.org>
**Sent:** Tuesday, May 13, 2025 1:43 PM
**To:** Eyetsemitan Francisca N <Francisca.N.Eyetsemitan@irs.gov>
**Cc:** Emma Lewis <emma.lewis@americanoversight.org>; FOIA <foia@americanoversight.org>
**Subject:** Re: [EXT] Re: 2025-13088_Acknowledgement Letter

Dear Francisca:

Thanks for your response. Please allow this to serve as American Oversight's response to the IRS's May 13, 2025 Statutory Extension Letter.

Your office states that it is invoking a "10-day statutory extension" to May 30, 2025, because you "need additional time to search for, and, to the extent that records exist, collect requested records from other locations." FOIA allows a requestor to "limit the scope of the request so that it may be processed within" the original time limit. 5 U.S.C. § 552(a)(6)(B)(ii). Because the requested information is urgently needed to inform the public about actual or alleged government activity, American Oversight will agree to limit this request to <u>exclude</u> "records from other locations," i.e., "field facilities or other establishments that are separate from the office processing the request." 5 U.S.C. § 552(a)(6)(B)(iii)(I). That modification eliminates the permissible circumstances relied upon to extend the IRS's

Ex B 001

response date to May 30, so we expect to receive responsive records by the original May 15 response date.

In addition, again because of the urgency of this information, we can agree to further limit our request to only parts 1, 2, and 5. Part 1 seeks records from April 14, 2025 "through the date the search is conducted," and parts 2 and 5 seek records from March 10, 2025 "through the date the search is conducted." Based on the above-quoted language from your May 13th letter, no search has yet been conducted. Thus, the search cutoff for all three parts of our request should not be April 17, 2025 (the date the request was received) as your May 13 letter states, but the actual date the search starts.

Thank you for your time, attention, and effort in this important matter,

Elizabeth

**Elizabeth Haddix** | she/hers
Senior Counsel | American Oversight
elizabeth.haddix@americanoversight.org
(252) 359-7424 ext. 1031
www.americanoversight.org | @weareoversight

---

**From:** Eyetsemitan Francisca N <Francisca.N.Eyetsemitan@irs.gov>
**Date:** Tuesday, May 13, 2025 at 9:34 AM
**To:** FOIA <foia@americanoversight.org>
**Cc:** Elizabeth Haddix <elizabeth.haddix@americanoversight.org>, Emma Lewis <emma.lewis@americanoversight.org>
**Subject:** RE: [EXT] Re: 2025-13088_Acknowledgement Letter

EXTERNAL SENDER

Good morning, Elizabeth.

I just sent the Statutory Extension Letter today. I will endeavor to provide (on a rolling basis) completed productions as soon as possible.

Thank you for your call and email.

F. Eyetsemitan
Tax Law Specialist
Disclosure Office 13
Privacy Government Liaison and Disclosure;
Telephone : 617-316-2271.

---

**From:** FOIA <foia@americanoversight.org>
**Sent:** Tuesday, May 13, 2025 9:14 AM
**To:** Eyetsemitan Francisca N <Francisca.N.Eyetsemitan@irs.gov>
**Cc:** Elizabeth Haddix <elizabeth.haddix@americanoversight.org>; Emma Lewis <emma.lewis@americanoversight.org>
**Subject:** [EXT] Re: 2025-13088_Acknowledgement Letter

Ex B 002

Hello Francisca,

Thank you for speaking with me briefly yesterday.  You said you'd be sending us further correspondence regarding this expedited request. We've not received that yet so I'm checking back to make sure we've not missed it.

Feel free to reach me at the below number to discuss.

Thank you,

Elizabeth

**Elizabeth Haddix** l she/hers
Senior Counsel l American Oversight
elizabeth.haddix@americanoversight.org
(252) 359-7424 ext. 1031
www.americanoversight.org l @weareoversight


**From:** Eyetsemitan Francisca N <Francisca.N.Eyetsemitan@irs.gov>
**Date:** Tuesday, April 22, 2025 at 12:15 PM
**To:** FOIA <foia@americanoversight.org>
**Subject:** 2025-13088_Acknowledgement Letter

EXTERNAL SENDER

Dear Chioma Chukwu:
Please find the attached (that consists of an Acknowledgement Letter) in response to your request as explained therein.
Thank you.

F. Eyetsemitan
Tax Law Specialist
Disclosure Office 13
Privacy Government Liaison and Disclosure;
Telephone : 617-316-2271.