# EXHIBIT C



| | |
|---|---|
| **Department of the Treasury** <br> **Internal Revenue Service** <br> **Privacy, Governmental Liaison and Disclosure** <br> **GLDS Support Services** <br> Stop 93A <br> PO Box 621506 <br> Atlanta, GA 30362 | **Date:** <br> May 13, 2025 <br> **Employee name:** <br> F. Eyetsemitan <br> **Employee ID number:** <br> 1000591343 <br> **Telephone number:** <br> 617-316-2271 <br> **Fax number:** <br> 855-205-9335 <br> **Case number:** <br> 2025-13088 |

Chioma Chukwu
Executive Director
American Oversight
1030 15th Avenue
Washington, DC  20005

Dear Chioma Chukwu:

We are writing in response to your Freedom of Information Act (FOIA) request we received on April 17, 2025.

You requested the following:

1     All records (from April 14 through April 17, reflecting communications, telephone call logs, calendar invitations, calendar entries, meeting notices, meeting agendas, informational material, draft legislation, talking points, any handwritten or electronic notes taken during any oral communications, summaries of any oral communications, or other materials) between
   (a) any of the officials listed below — and/or anyone communicating on their behalf, such as a chief of staff, secretary, assistant, adviser, or scheduler — and
   (b) anyone in the White House Office (including email communications with email addresses ending in @who.eop.gov and phone logs reflecting calls with numbers beginning (202) 456-xxxx).

Officials:
   i.    Melanie Krause, former Acting Commissioner
   ii.   Gary Shapley, Acting Commissioner
   iii.  Anyone serving in the role of Deputy Commissioner
   iv.  Edward Killen, Commissioner, Tax Exempt & Government Entities Division, and Acting Chief Tax Compliance Officer
   v.   Robert Malone, Director, Exempt Organizations and Government Entities.

2. **All email communications** sent by any of the officials listed above in part one of this request — and/or anyone communicating on their behalf, such as a chief of staff, secretary, assistant, adviser, or scheduler — and containing "Harvard" as a key term.

3. All email communications **from April 14, 2025, through April 17, 2025,** between

Ex C 001

- (a) any of the officials listed above in part one of this request — and/or anyone communicating on their behalf, such as a chief of staff, secretary, assistant, adviser, or scheduler — and
- (b) anyone communicating from the U.S. Department of Education (including email communications from email addresses ending in @ed.gov).

4. All records (**from March 10, 2025, through April 17, 2025**) reflecting guidance — including directives, instructions, memoranda, informal email guidance, and/or any other formal or informal guidance — created by, provided to, or otherwise in your possession regarding Harvard University, including, but not limited to, guidance regarding the investigation of Harvard, freezing of Harvard's federal funding, revocation of Harvard's tax-exempt status, and/or any other action regarding Harvard.

5. All records (**from March 10, 2025, through April 17, 2025**) relied upon in the decision to revoke Harvard University's tax-exempt status.

6. All records (**January 20, 2025, through April 17, 2025**) reflecting any investigation into Harvard University conducted by the Internal Revenue Service since January 20, 2025.

We are unable to provide the information you requested by May 15, 2025, which is the 20 business-day period required by law for us to respond. In certain circumstances, the FOIA allows for an additional 10-day statutory extension. We need additional time to search for and, to the extent that records exist, collect requested records from other locations. As part of this extension, the statutory response date will be extended to May 30, 2025.

Unfortunately, we will still be unable to respond to you by the extended statutory response date. If we are unable to complete your request by July 14, 2025, we will notify you in writing. You don't need to reply to this letter if you agree to this extension. Please consider contacting the phone number at the top of this letter to arrange an alternative timeframe for processing the request or limiting the scope of your FOIA request, which may reduce the timeframe in processing your request.

Pursuant to 26 CFR § 601.702, there is no right to an administrative appeal for failure to meet the statutory 20 business-day, or additional 10 business-day, timeframes for response.

However, you do have the right to file suit for a judicial review. You can file suit after May 30, 2025. File your suit in the U.S. District Court:

- Where you reside or have your principal place of business,
- Where the records are located, or
- In the District of Columbia

If you choose to file suit for judicial review, Rule 4(i)(1)(C), of the Federal Rules of Civil Procedure, requires you to send the IRS a copy of the summons and complaint as well as to the Attorney General and the United States Attorney for the district in which the action is brought. You must send the IRS copies must be sent by registered or certified mail, to:

Commissioner of Internal Revenue
Attention: CC: PA: Br 6/7
1111 Constitution Avenue, NW
Washington, D.C. 2022

We apologize for any inconvenience this delay may cause.

If you have questions regarding the processing of your FOIA request and you have a FOIA Public Access Portal (FPAP) account, you may send a message directly to the assigned caseworker. If you do not have an FPAP account, you may contact the assigned caseworker at the phone number listed at the top of this letter.

If you are unable to resolve any concerns you may have regarding our response with the caseworker, you have the right to seek dispute resolution services by contacting our FOIA Public Liaison at 312-292-2929. The FOIA Public Liaison is responsible for assisting in reducing delays, increasing transparency, and assisting in the resolution of disputes with respect to the FOIA.

There is no provision for the FOIA Public Liaison to address non-FOIA concerns such as return filing and other tax-related matters or personnel matters. If you need assistance with tax-related issues, you may call the IRS at 800-829-1040.

You also have the right to contact the Office of Government Information Services (OGIS). The Office of Government Information Services, the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and federal agencies. The contact information for OGIS is:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road--OGIS
> College Park, MD 20740-6001
> 202-741-5770
> 877-684-6448
> ogis@nara.gov
> www.archives.gov/ogis

Sincerely,

*F. Eyetsemitan*

F. Eyetsemitan
Tax Law Specialist
Disclosure Office 13