# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br>1030 15th Street NW, B255<br>Washington, DC 20005<br><br>*Plaintiff*,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br>1111 Constitution Avenue NW<br>Washington, DC 20224<br><br>U.S. DEPARTMENT OF THE TREASURY,<br>1500 Pennsylvania Avenue NW<br>Washington, DC 20220<br><br>and<br><br>U.S. DEPARTMENT OF EDUCATION<br>400 Maryland Avenue SW<br>Washington, DC 20202.<br><br>*Defendants*. | Civil Action No. 1:25-cv-01585-CRC<br>Judge Christopher R. Cooper |

**DEFENDANTS' JOINT CONSENT MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants, the Internal Revenue Service, the U.S. Department of the Treasury,[1] and the U.S. Department of Education (collectively, "Defendants"), respectfully request a 30-day extension of their deadline to respond to the complaint of Plaintiff American Oversight. Plaintiff consents to this request. In support, Defendants assert as follows:

1. Plaintiff filed this suit on May 19, 2025. (ECF No. 1.)

---

[1] While named as a defendant, the complaint does not allege that Plaintiff submitted a Freedom of Information Act request to the Department of the Treasury. As such, Defendants plan to request that Plaintiff join a forthcoming motion to correct the case caption or dismiss the party.

2. The United States Attorney's Office for the District of Columbia was served on May 22, 2025.

3. Defendants' deadline to file an answer or other responsive pleading is currently June 23, 2025.

4. Defendants require additional time to investigate the underlying facts, research the allegations in the complaint, identify and consult with relevant agency personnel, and gather all information necessary to properly respond to the complaint.

5. This is the first request for an extension of a deadline in this case.

6. Plaintiff consents to this extension. As such, no party will be prejudiced by it.

7. This request is made in good faith and not for purposes of delay.

8. Thus, good cause exists for this extension.

**WHEREFORE**, Defendants respectfully request that their deadline to file an answer or other response to Plaintiff's complaint be extended by thirty days until July 23, 2025.


Dated: June 18, 2025                                   Respectfully submitted,

                                                       JEANINE FERRIS PIRRO
                                                       United States Attorney

*/s/ Robert J. Atras*                                  By: */s/ Anna D. Walker*
ROBERT J. ATRAS                                        ANNA D. WALKER
Trial Attorney, Tax Division                           Assistant United States Attorney
U.S. Department of Justice                             601 D Street, NW
P.O. Box 227                                           Washington, D.C. 20530
Washington, D.C. 20044                                 Tel.: (202) 252-2544
Tel.: (202) 598-3738                                   Anna.Walker@usdoj.gov
Robert.J.Atras@usdoj.gov                               *Counsel for U.S. Department of Education*
*Counsel for Internal Revenue Service*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties registered in that system, including the following:

**Emma Lewis**
Emma.Lewis@americanoversight.org
*Counsel for Plaintiff*

                                        */s/ Robert J. Atras*
                                        Robert J. Atras
                                        Trial Attorney
                                        U.S. Department of Justice