UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>        Plaintiff,<br><br>    v.<br><br>INTERNAL REVENUE SERVICE, *et al.*,<br><br>        Defendants. | Civil Action No. 25-1585 (CRC) |

## JOINT STATUS REPORT

Plaintiff American Oversight and Defendant U.S. Department of Education ("Department"), by and through undersigned counsel, hereby submit this joint status report to address the Court's July 29, and August 14, 2025, Orders directing the parties to "confer and file a joint proposed schedule for briefing or disclosure by August 26, 2025. July 29, 2025, Min. Order; Aug. 14, 2025, Min. Order.

In this Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, case, Plaintiff seeks records responsive to Plaintiff's April 17, 2025, FOIA request submitted to the U.S. Department of Education. Plaintiff filed this suit on May 19, 2025 (ECF No. 1) and the U.S. Department of Education filed an answer on July 23, 2025 (ECF No. 8).

The status of the Department's response to Plaintiff's FOIA request is as follows. The Department has reach out to five program offices to conduct searches the scope of which are reasonably likely to gather all records responsive to Plaintiff's FOIA request. The Department has received some responses from program offices that it has started processing for responsiveness and for application of any exemption.

Specifically, for items 1-3 of the request, the Department, identified 31 pages from the Office of the Under Secretary ("OUS") that are potentially responsive to the request of which 22 were sent out for consultations to other federal agencies. The Department also identified 38 pages from the Office of Civil Rights ("OCR") potentially responsive to parts 1-3 of Plaintiff's request of which 17 pages were sent out for consultation to other federal agencies. The Department also gathered over 1,500 pages from the Office of Secretary ("OS") from a search for records potentially responsive to parts 1-3 of the request, which should not be construed as an indicator as to the number of responsive records identified by the OS, given that the results of the search are currently being reviewed for responsiveness. Finally, the Department's Office of the Chief Information Officer ("OCIO") is assessing the scope of a remaining search to ensure that all reasonably searched records responsive to items 1-3 have been identified.

As for items 4-7 of the request, the Department is waiting to confirm the completion of a search by OCR for any responsive records and has identified 591 pages, so far, from OCR that are potentially responsive to parts 4-7 of this request. The Department is also still awaiting the results of searches from the OS, OUS, and Office of General Counsel ("OGC") for records potentially responsive to items 4-7 of this request.

The Department expects to make its first interim response containing a release of non-exempt reasonably segregable information responsive to Plaintiff's request by September 15, 2025. In the meantime, the Department will also continue to complete it searches for responsive records as described above, which will allow the Department to assess a further schedule for processing those records as more information about the results of the ongoing searches are gathered. Thus, because these searches are ongoing, the Department does not yet have a final projected schedule for production of all records gathered in response to these searches.

In light of the current status as to the Department's response to Plaintiff's FOIA request, the parties respectfully request to file a further joint status report in approximately sixty days or by October 24, 2025 to further apprise the Court as to the status of this case.

Date: August 26, 2025                                                                  Respectfully submitted,

|  |  |
|---|---|
| By: _/s/ Emma Lewis_ .<br>Emma Lewis D.C. Bar No. 144574<br>Elizabeth Haddix D.C. Bar No. 90019750<br>AMERICAN OVERSIGHT<br>1030 15th Street NW, B255<br>Washington, DC 20005<br>(202) 919-6303<br>emma.lewis@americanoversight.org<br>elizabeth.haddix@americanoversight.org<br><br>*Counsel for Plaintiff* | JEANINE FERRIS PIRRO,<br>United States Attorney<br><br>By: _/s/ Anna D. Walker_<br>ANNA D. WALKER<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, District of Columbia 20530<br>Telephone: (202) 252-2544<br>Anna.Walker@usdoj.gov<br><br>*Counsel for the Department of Education* |