| | |
|---|---|
| **From:** | Atras, Robert J. (TAX) |
| **To:** | Emma Lewis |
| **Cc:** | Elizabeth Haddix |
| **Subject:** | RE: Proposed Motion for Leave to File Sur Reply |
| **Date:** | Tuesday, August 19, 2025 3:21:21 PM |

Hi Emma—

I do not see grounds that justify a sur-reply here. I reviewed the pages you referenced, which contain no new facts and only two case citations, one of which was included in the opening brief. The issue is not newly-raised; it simply responds to the points raised in your opposition and reiterates the "framing" argument asserted in the opening brief. If you have other justifications for a sur-reply, please let me know and I will consider them in good faith. However, under the circumstances you described, the government opposes your request.

Best,
Rob

**Robert J. Atras**
U.S. Department of Justice, Tax Division
202-598-3738 (m) | 202-514-6866 (f)

---

**From:** Emma Lewis <emma.lewis@americanoversight.org>
**Sent:** Tuesday, August 19, 2025 11:18 AM
**To:** Atras, Robert J. (TAX) <Robert.J.Atras@usdoj.gov>
**Cc:** Elizabeth Haddix <elizabeth.haddix@americanoversight.org>
**Subject:** [EXTERNAL] Proposed Motion for Leave to File Sur Reply

Good morning Robert,

American Oversight plans to seek leave to file a short sur-reply to IRS's response. The sur-reply will address the newly-raised issue of the scope of an agency's interpretation of FOIA request language (pages 5-7 of the reply brief).

Please let us know your position on such a motion.

Best,
Emma