UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>      Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, *et al.*,<br><br>      Defendants. | Civil Action No. 25-1585 (CRC) |

**PLAINTIFF'S STATUS REPORT**

Pursuant to the Court's August 28, 2025, Minute Order, Plaintiff American Oversight submits this Plaintiff's Status Report in this Freedom of Information Act ("FOIA") case, with the understanding that the submission of joint status reports will resume following the conclusion of the current government shutdown.[1]

In this Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, case, Plaintiff seeks records responsive to Plaintiff's April 17, 2025, FOIA request submitted to the U.S. Department of Education. Plaintiff filed this suit on May 19, 2025 (ECF No. 1) and the U.S. Department of Education filed an answer on July 23, 2025 (ECF No. 8). On August 28, 2025, the Court ordered

---

[1] On August 28, 2025, Plaintiff and Defendant were ordered to submit a Joint Status Report on or before October 24, 2025. *See* Min. Order (Aug. 28, 2025). However, Plaintiff is aware that because of the government shutdown, counsel for defendants "are generally prohibited, with limited exceptions, from working during the pendency of the lapse in appropriations, even on a voluntary basis," and that statutory deadlines for deadlines for government defendants in civil matters have been tolled accordingly. *See* Standing Order No. 25-55 (Oct. 1, 2025) (Boasberg, C.J.), *available at* https://www.dcd.uscourts.gov/sites/dcd/files/Executive%20Order%2025-55.pdf. Plaintiff files its status report today to meet its own obligations to the Court's August 28 Minute Order.

the parties to submit a joint status report "that apprises the Court of the status of the Department's response to Plaintiff's FOIA request." Min. Order (Aug. 28, 2025).

Since the parties' last Joint Status Report, ECF No. 14, Plaintiff has not received any interim productions from Defendant. In September, Defendant provided some information to Plaintiff by email regarding potentially responsive records to Item 1 of Plaintiff's FOIA request in order to facilitate narrowing or prioritization of records. At this time, Plaintiff is unable to provide any further information requested by the Court as Plaintiff understands Defendant's counsel is on furlough status.

***

In his Standing Order, Chief Judge Boasberg ordered that deadlines imposed on the government "be extended by the number of days equal in length (in days) of the lapse in appropriations plus ten days," or, "if the lapse is seven days or fewer. . . the number of days equal to the length (in days) of the lapse of appropriations plus five days." Standing Order No. 25-55 ¶ 1.

Plaintiff respectfully requests that the Court permit the Parties to file a joint status report on or before December 8, 2025, or, if the lapse in funding continues, permit Plaintiff to file a plaintiff's status report on that date.

Date:   October 24, 2025                             Respectfully Submitted,

*/s/ Emma Lewis*
Emma Lewis
D.C. Bar No. 144574
Elizabeth Haddix
D.C. Bar No. 90019750
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 919-6303
emma.lewis@americanoversight.org

*Counsel for Plaintiff*

2