IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>*Plaintiff*,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-1585 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's December 17, 2025 Minute Order, Plaintiff American Oversight and Defendants the Internal Revenue Service and the Department of the Treasury respectfully submit the following Joint Status Report apprising the Court of relevant developments:

1. Plaintiff American Oversight seeks records responsive to a Freedom of Information Act ("FOIA") request it submitted to the Internal Revenue Service.

2. Plaintiff's FOIA request originally comprised six parts. At the outset of this suit, Plaintiff withdrew parts 3, 4, and 6 of its FOIA request. (ECF No. 1 at ¶ 36.)

3. On December 12, 2025, counsel for Plaintiff communicated to counsel for Defendants by email that it would be further narrowing its FOIA request to exclude part 5.

4. At the December 17, 2025 Status Conference, the Court granted the Internal Revenue Service and Department of the Treasury's Motion to Dismiss as to part 5 of Plaintiff's FOIA request and directed these parties to file a Joint Status Report apprising the Court of developments as to these parties' ongoing discussions about narrowing the scope of the remaining parts of Plaintiff's FOIA request.

5. The parties have both made proposals they hope will allow the case to proceed without further briefing necessary at this point.

6. Those discussions currently remain ongoing.

7. The parties require additional time to conclude these discussions.

8. As such, the parties respectfully request that they be allowed to file another joint status report by February 3, 2026.

**WHEREFORE**, Plaintiff American Oversight and Defendants Internal Revenue Service and the Department of the Treasury respectfully request to file another joint status report by February 3, 2026.

Dated: January 20, 2026    Respectfully submitted,

By: */s/ Emma Lewis*
Emma Lewis (D.C. Bar No. 144575)
Elizabeth Haddix (D.C. Bar No. 90019750)
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, D.C. 20005
(202) 919-6303
Emma.Lewis@americanoversight.org
Elizabeth.Haddix@americanoversight.org
*Counsel for Plaintiff*

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

By: */s/ Robert J. Atras*
ROBERT J. ATRAS
Trial Attorney, Civil Division
U.S. Department of Justice

                              P.O. Box 227  
                              Washington, D.C. 20044  
                              (202) 598-3738  
                              Robert.J.Atras@usdoj.gov  
                              *Counsel for Internal Revenue Service*